863

No. 170. FINKELSTEIN ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Emanuel Redfield* for petitioners. *Frank S. Hogan, H. Richard Uviller* and *Peter J. O'Connor* for respondent.

No. 175. ZUCKER *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Emanuel Redfield* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 285. JOE QUONG ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Melvin B. Lewis* for petitioners. *Solicitor General Cox, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Doris H. Spangenburg* for the United States.

No. 54, Misc. ALVAREZ, ALIAS WALKER, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 55, Misc. MALONE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.